No. 96–1090. CSX TRANSPORTATION, INC. *v.* SIRBAUGH. Cir. Ct. Berkeley County, W. Va. Motion of Association of American

Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.